IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

            STATEMENT OF PARTIES
            WITH RESPECT TO
            SENTENCING FACTORS
            PURSUANT TO USSG
            SECTION 6A1.2

-V-                             Case No.  6:06-CR-06042-001

            **Hon. David G. Larimer**
            **United States District Judge**

JOSE DE LA ROSA,

        Defendant

PLEASE TAKE NOTICE, that the defendant herein hereby adopts the findings of the 5 November 2009 Pre-Sentence Report (hereinafter PSR) with respect to the sentencing factors that are present in this action.

DATED:  November 3, 2011
          at Rochester, New York

                                            Respectfully submitted,

                                            The Okay Law Firm
                                            546 East Main Street
                                            Post Office Box 622
                                            Batavia, New York  14021-0622
                                            (585) 343-1515

                                            BY: _____
                                                M. Kirk Okay
                                               *Counsel to Jose De La Rosa*

TO:    Hon. David G. Larimer
        United States District Judge
        United States District Court
        Western District of New York
        United States Court House
        100 State Street
        Rochester, New York  14614

Frank H. Sherman, Esq.
Assistant United States Attorney
620 Federal Building
100 State Street
Rochester, New York  14614

Kerry J. Chartier
United States Probation Officer
United States Probation
100 State Street
Rochester, New York  14614

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA

                              AFFIRMATION OF SERVICE

-V-                            Case No. 6:06-CR-06042-001

JOSE DE LA ROSA,

        Appellant

---

        Mehmet K. Okay, an attorney duly admitted to the practice of law in the United States District Court for the Western District of New York, affirming under the penalties of perjury declares to be true and states as follows:

        I am over the age of eighteen years and not a party to this action. I reside in Batavia, New York. On the 3d day of NOVEMBER 2011 I served the annexed STATEMENT OF PARTIES WITH RESPECT TO SENTENCE FACTORS PURSUANT TO USSG SECTION 6A1.2 WITH PROOF OF SERVICE in the above-styled and numbered cause upon:

                FRANK H. SHERMAN, ESQ.
                ASSISTANT UNITED STATES ATTORNEY
                620 FEDERAL BUILDING
                100 STATE STREET
                ROCHESTER, NEW YORK 14614    and upon

                KERRY J. CHARTIER
                UNITED STATES PROBATION OFFICER
                UNITED STATES PROBATION
                100 STATE STREET
                ROCHESTER, NEW YORK 14614

by electronic means via the CM/ECF System.

DATED:  November 3, 2011
           at Rochester, New York

                                                M. Kirk Okay
                                                *Counsel to Jose De La Rosa*

-2-

The Okay Law Firm
546 East Main Street
Post Office Box 622
Batavia, New York  14021-0622
Telephone (585) 343-1515