Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Western District of New York

Caption:

USA v.

Jose De La Rosa

Docket No.: 6:06-CR-06042-001

Hon. David G. Larimer
(District Court Judge)

Notice is hereby given that Jose De La Rosa appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ¦ Judgement in Criminal Case
(specify)
entered in this action on 10 Nov. 2011
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |X|   Other |___|

Defendant found guilty by plea |X| trial | | N/A |   .

Offense occurred after November 1, 1987?   Yes |X|   No |   |   N/A |

Date of sentence: 7 Nov. 2011   N/A |___|

Bail/Jail Disposition: Committed |X|   Not committed | |   N/A |

Appellant is represented by counsel?   Yes |X|   No |   |   If yes, provide the following information:

Defendant's Counsel: M. Kirk Okay

Counsel's Address: Okay Law Firm, 546 East Main Street, Batavia, N.Y. 14020

Counsel's Phone: (585) 343-1515

Assistant U.S. Attorney: Frank H. Sherman, Esq.

AUSA's Address: United States Court House, 100 State Street, Rochester, NY 14614

AUSA's Phone: (585) 263-6300

_M. K__
Signature