UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

                                                <u>ORDER</u>

                                                06-CR-6042L

          v.

JOSE D. DE LA ROSA,

                          Defendant.
_____

      The Government's motion (Dkt. #196) for reduction of sentence, pursuant to FED. R. CRIM. P. 35(b)(1), as supplemented by Assistant U.S. Attorney letter of February 25, 2013, is GRANTED. Defendant's sentence imposed November 7, 2011 is reduced to a sentence of "time served." All other terms and conditions of original Judgment and Commitment remain the same. Defendant to be delivered to duly authorized Immigration official for deportation proceedings pursuant to 18 U.S.C. 3583(d).

      IT IS SO ORDERED.

                                         _____
                                             DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
       February 27, 2013.